5-2

AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
NOV 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

OSCAR DANIEL JIMENEZ-PENA

**WAIVER OF INDICTMENT**

07CR 2960-JAH

CASE NUMBER: 07MJ2423

I, OSCAR DANIEL JIMENEZ-PENA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11/1/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Oscar Daniel Jimenez Peña_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer